1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICKA HAMILTON<br><br>Plaintiff,<br><br>v.<br><br>HENRY MARX; THE MUSIC FORCE, LLC; UNIVERSAL MUSIC GROUP, INC.; RONDOR MUSIC INTERNATIONAL, INC.; JOEL COHEN dba SPITFIRE MUSIC, INC.; ANN HAMILTON WALLACE AND DANIELLE PLANCICH<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | CASE NO.: CV 10-07278 JAK(CWx)<br><br>[~~█████~~] PROTECTIVE ORDER<br><br><br><br>Honorable Carla Woehrle<br>Courtroom 640<br><br>Action Filed: September 29, 2010 |

## PROPOSED ORDER

Based on the representations of counsel, and good cause appearing therefore, the Court approves the parties Stipulation for Protective Order filed on July 29, 2011 as Docket No. 67_____, the terms of which shall be enforceable by this Court in all respects.

**IT IS SO ORDERED.**

Dated: __August 1__, 2011   _Carla M. Woehrle_
                                                                Honorable Carla Woehrle