1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDRICKA HAMILTON<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY MARX; THE MUSIC FORCE, LLC; UNIVERSAL MUSIC GROUP, INC.; RONDOR MUSIC INTERNATIONAL, INC.; JOEL COHEN dba SPITFIRE MUSIC, INC.; ANN HAMILTON WALLACE AND DANIELLE PLANCICH<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | CASE NO.: CV 10-07278 JAK(CWx)<br><br>**ORDER DISMISSING PLAINTIFF AND COUNTER-DEFENDANT FREDRICKA HAMILTON'S CLAIMS AGAINST DEFENDANT AND COUNTER/CROSS-COMPLAINANT ANN WALLACE, AND DISMISSING WALLACE'S COUNTERCLAIMS AGAINST HAMILTON**<br><br>JS-6: Ann Wallace as Defendant, Counter Claimant and Cross Claimant<br><br>Honorable John A. Kronstadt<br>Courtroom 750<br><br>Action Filed: September 29, 2010 |

1
ORDER RE DISMISSAL

# ORDER

Based on the joint stipulation of counsel, and good cause appearing therefore, the Court orders as follows:

(A) Plaintiff and Counter-Defendant Fredricka Hamilton's causes of action two (2), three (3), six (6) and seven (7) for Rescission (one claim based on fraud, the other based on mistake), declaratory relief, and unjust enrichment are dismissed with prejudice as against Defendant Ann Wallace only, and;

(B) Defendant and Counter/Cross-Complainant Ann Wallace's causes of action one (1), two (2), and three (3) for Declaration of Rights with respect to copyright authorship, Declaration of Rights with respect to copyright renewal, and Breach of Fiduciary Duty are dismissed with prejudice as against Plaintiff and Counter-Defendant Fredricka Hamilton only.

**IT IS SO ORDERED.**

Dated:  December 2, 2011

_____
Honorable John A. Kronstadt